IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Status Solutions LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>4Front Technologies, Ltd., *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-2047<br><br>Judge Sarah D. Morrison<br><br>Magistrate Judge Chelsey M. Vascura |

## MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS G. PASTERNAK

Pursuant to S.D. Ohio Civ. Rs. 83.3(e) and 83.4(a), David J. Butler, Trial Attorney for Defendants 4Front Technologies, Ltd. and Shawn Tofte in the above-referenced action, hereby moves the Court to admit Thomas G. Pasternak *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants.

Movant represents that Mr. Pasternak is a member in good standing of the highest court of Illinois as attested by the accompanying certificate from that court (Exhibit 1) and that Mr. Pasternak is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mr. Pasternak's relevant identifying information is as follows:

| | |
|---|---|
| Business Telephone: | (312) 870-8019 |
| Fax: | (312) 424-1900 |
| Business Address: | Akerman LLP<br>71 South Wacker Drive, 47th Fl.<br>Chicago, IL 60606 |

Business Email Address: thomas.pasternak@akerman.com

Dated: August 10, 2023

Respectfully submitted,

*/s/ David J. Butler*
David J. Butler (0068455), Trial Attorney
Amy D. Vogel (0075169)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, Ohio 43215-4213
Phone: (614) 221-2838
Fax: (614) 221-2007
dbutler@taftlaw.com
avogel@taftlaw.com

Thomas G. Pasternak*
Jani K. Mikel*
Ackerman LLP
71 South Wacker Drive, 47th Fl.
Chicago, IL 60606
Phone: (312) 634-5700
Fax: (312) 424-1900
thomas.pasternak@akerman.coom
jani.mikel@akerman.com


* Seeking *pro hac vice* admission

*Counsel for Defendants 4Front Technologies, Ltd. and Shawn Tofte*

## CERTIFICATE OF SERVICE

I certify that on August 10, 2023, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

/s/ David J. Butler
David J. Butler