United States District Court
for the Southern District of Ohio
Eastern Division at Columbus

Status Solutions LLC,

        Plaintiff(s),                      Case No. 2:23-cv-2047

    v.                                        Judge Morrison
                                               Magistrate Judge Vascura

4Front Technologies Ltd., et al.,

        Defendant(s).

**NOTICE OF DEFICIENCY**

August 11, 2023

The Court's docket reflects the filing of a motion for leave to appear *pro hac vice* in this case **(ECF #4).** S.D. Ohio Civ. R. 83.3(e) governs motions for leave to appear *pro hac vice* and states in part:

> "Any attorney seeking this type of admission must do so by: (i) filing a motion for admission…in each case in which the attorney wishes to appear, with the motion signed by a permanent member of the bar; (ii) providing a certificate of good standing from the highest Court of a State or the District of Columbia that has been issued not more than six months prior to the date of the motion; and (iii) remitting any applicable admission fee."

The motion does not comply with Local Rule 83.3 for the following reason(s):

☐   The motion is not signed by a permanent member of the bar of this Court.

☐   The motion is not accompanied by the required filing fee.

☒   The motion does not contain the required certificate of good standing.
      ☐   The certificate is not from the highest court of a State or the District of Columbia.
      ☐   The certificate was issued more than six months ago.

☒   Other:  Any re-filed proper certificate of good standing from the Clerk of the highest court of the State must be compliant with Local Rule 5.1(c).

Please resubmit the motion with a proper certificate of good standing **within 14 days**.