# EXHIBIT B



May 7, 2021

Mr. Shawn Tofte
4Front Technologies
1530 Royal Oak Dr.
Lewis Center, Ohio 43035

Dear Mr. Tofte,

This letter hereby serves as written notice that Status Solutions LLC is terminating the Valued Business Partner/ Reseller Agreement between Status Solutions and 4Front Technologies, executed on October 3, 2012 effective June 7, 2021 (30 days from notice date) pursuant to section 5, Contract Term, of the Agreement.

As stated in the Agreement, upon Termination, the VBP agrees to immediately cease any and all use of the Trademarks in any manner and shall cease and desist from holding itself out as a Status Solutions VBP.

If you have questions, please do not hesitate to contact me.

Regards,

Faye Walko

Status Solutions
614-595-1518
fwalko@statussolutions.com